FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WHITE RANCH, INC., a Washington corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a foreign insurance company; AMERICAN STATES INSURANCE COMPANY, a foreign insurance company,<br><br>　　　　Defendants. | No. 1:19-CV-03210-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

　　Before the Court is the parties' Stipulated Motion for Order of Dismissal With Prejudice and Without Costs, ECF No. 21. The parties stipulate and request the Court dismiss this matter with prejudice and without awarding either party attorney's fees, costs, or expenses. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation, enter it into the record, and dismiss this case.

//
//
//
//

**ORDER GRANTING STIPULATED MOTION TO DISMISS** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Order of Dismissal With Prejudice and Without Costs, ECF No. 21, is **GRANTED**.

2. This matter is **DISMISSED with prejudice** and without attorney's fees, costs, or expenses to any party.

3. Any pending motions are **DISMISSED as moot**.

4. The trial date and any remaining pretrial deadlines are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 17th day of November 2020.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION TO DISMISS** # 2